JS - 6

E-FILED
JAN 23 2009
Document # _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEOFILO MEDINA, JR.,<br>    Petitioner,<br><br>    v.<br><br>ROBERT L. AYERS, JR., Warden,<br>California State Prison at San Quentin,<br><br>    Respondent. | CASE NO. CV 97-7062-RSWL<br><br>**DEATH PENALTY CASE**<br><br>FINAL DISPOSITION AND JUDGMENT |

### FINAL DISPOSITION AND JUDGMENT

For the reasons set forth in the Final Order Denying Relief on All Federal Habeas Claims, issued under seal on June 17, 2008 and ordered to be unsealed concurrently with this judgment, and in the Order Denying Petitioner's Amendment to Pending Petition for Writ of Habeas Corpus to Release State Prisoner for Federal Constitutional Errors (Atkins Claim), issued concurrently with this judgment, the Court DENIES all of Teofilo Medina Jr.'s claims for federal habeas relief.

This order constitutes final disposition of the petition and amendment by the Court.

IT IS SO ORDERED.

Dated: January 23, 2009.

*Ronald S.W. Lew*
_____
HONORABLE RONALD S.W. LEW
Senior, U.S. District Court Judge

# NOTICE PARTY SERVICE LIST

Case No.  CV 97-7062-RSWL     Case Title  MEDINA v. AYERS, JR.

Title of Document  FINAL DISPOSITION AND JUDGMENT

| | | | |
|---|---|---|---|
| | ADR | | US Attorneys Office - Civil Division -L.A. |
| | BAP (Bankruptcy Appellate Panel) | | US Attorneys Office - Civil Division - S.A. |
| | BOP (Bureau of Prisons) | | US Attorneys Office - Criminal Division -L.A. |
| ✓ | CA St Pub Defender (Calif. State PD) | | US Attorneys Office - Criminal Division -S.A. |
| ✓ | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | | US Bankruptcy Court |
| | Case Asgmt Admin (Case Assignment Administrator) | | US Marshal Service - Los Angeles (USMLA) |
| | Chief Deputy Admin | | US Marshal Service - Riverside (USMED) |
| | Chief Deputy Ops | | US Marshal Service -Santa Ana (USMSA) |
| | Clerk of Court | | US Probation Office (USPO) |
| | Death Penalty H/C (Law Clerks) | | US Trustee's Office |
| | Dep In Chg E Div | ✓ | Warden, San Quentin State Prison, CA |
| | Dep In Chg So Div | | |
| ✓ | Federal Public Defender | | |
| | Fiscal Section | | |
| | Intake Section, Criminal LA | | |
| | Intake Section, Criminal SA | | |
| | Intake Supervisor, Civil | | |
| | MDL Panel | | |
| ✓ | Ninth Circuit Court of Appeal | | |
| | PIA Clerk - Los Angeles (PIALA) | | |
| | PIA Clerk - Riverside (PIAED) | | |
| | PIA Clerk - Santa Ana (PIASA) | | |
| | PSA - Los Angeles (PSALA) | | |
| | PSA - Riverside (PSAED) | | |
| | PSA - Santa Ana (PSASA) | | |
| ✓ | Schnack, Randall (CJA Supervising Attorney) | | |
| | Statistics Clerk | | |

**ADD NEW NOTICE PARTY**
(if sending by fax, mailing address must also be provided)

Name:

Firm:

Address (include suite or floor):

*E-mail:

*Fax No.:

* For CIVIL cases only

**JUDGE / MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk  KD

G-75  (08/08)                                NOTICE PARTY SERVICE LIST